UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No: 09-20040 CR-LENARD

18 U.S.C. § 287
18 U.S.C. § 2

UNITED STATES OF AMERICA

vs.

PROVIDENCIA LLANOS,
    a/k/a "Tata,"

           Defendant.
_____/

FILED by ____ D.C.
JAN 20 2009
STEVEN M. LARIMORE
CLERK U.S. DIST. CT
S D. of FLA. – MIAMI

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
**False, Fictitious, or Fraudulent Claims**
**(18 U.S.C. § 287)**

On or about March 9, 2004, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**PROVIDENCIA LLANOS,**
a/k/a "Tata,"

did make and present, and cause to be made and presented, to the United States Department of Treasury, through the Internal Revenue Service ("IRS"), an agency of the United States, a claim upon and against the United States and the IRS, specifically, by making and presenting, and causing to be made and presented, an individual United States income tax return and supporting documents, including IRS Forms 1040 and W-2, claiming tax refunds on behalf of herself in the amount of

$2,860, knowing such claim was false, fictitious, and fraudulent, in that the tax return reported income that she had not earned.

In violation of Title 18, United States Code, Section 287.

## COUNTS 2-7
### False, Fictitious, or Fraudulent Claims
### (18 U.S.C. §§ 287 and 2)

On or about the dates set forth in Counts 2 through 7 below, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

### PROVIDENCIA LLANOS,
### a/k/a "Tata,"

did make and present, and cause to be made and presented, to the United States Department of Treasury, through the Internal Revenue Service ("IRS"), an agency of the United States, a claim upon and against the United States and the IRS, specifically, by making and presenting, and causing to be made and presented, individual United States income tax returns and supporting documents, including IRS Forms 1040 and W-2, claiming tax refunds on behalf of individual taxpayers in the amounts specified in Counts 2 through 7 below, knowing such claims were false, fictitious, and fraudulent, in that the tax returns reported income that the individual taxpayers had not earned.

| Count | Taxpayer | Date of Claim | False Claim | Refund Claimed |
|---|---|---|---|---|
| 2 | L.S. | February 4, 2004 | 2003 U.S. Individual Income Tax Return Form 1040 | $3,851 |
| 3 | A.C. | February 6, 2004 | 2003 U.S. Individual Income Tax Return Form 1040 | $4,868 |
| 4 | S.M. | February 6, 2004 | 2003 U.S. Individual Income Tax Return Form 1040 | $6,686 |
| 5 | P.S. | February 9, 2004 | 2003 U.S. Individual Income Tax Return Form 1040 | $4,498 |

| | | | | |
|---|---|---|---|---|
| 6 | D.E. | February 16, 2004 | 2003 U.S. Individual Income Tax Return Form 1040 | $5,647 |
| 7 | V.P. | February 16, 2004 | 2003 U.S. Individual Income Tax Return Form 1040 | $5,541 |

In violation of Title 18, United States Code, Sections 287 and 2.

A TRUE BILL

_____
R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY

_____
LOIS FOSTER-STEERS
ASSISTANT UNITED STATES ATTORNEY

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO. _____

vs.

PROVIDENCIA LLANOS,
a/k/a "Tata,"

**CERTIFICATE OF TRIAL ATTORNEY\***

Defendant.
_____/

Superseding Case Information:

**Court Division:** (Select One)

| | | | |
|---|---|---|---|
| X | Miami | ___ | Key West |
| ___ | FTL | ___ | WPB  ___ FTP |

New Defendant(s)          Yes ___   No ___
Number of New Defendants     ___
Total number of counts       ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)    Yes
   List language and/or dialect   Spanish

4. This case will take   7   days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                          (Check only one)

   I    0 to 5 days       ___                Petty     ___
   II   6 to 10 days       X                 Minor     ___
   III  11 to 20 days     ___                Misdem.   ___
   IV   21 to 60 days     ___                Felony     X
   V    61 days and over  ___

6. Has this case been previously filed in this District Court? (Yes or No)   No
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)   No
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No)   No

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?   ___ Yes   X No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?   ___ Yes   X No

_____
LOIS FOSTER-STEERS
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 0480509

\*Penalty Sheet(s) attached

REV 4/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name:   PROVIDENCIA LLANOS, a/k/a "Tata"

Case No:

Counts #1 - 7

False, Fictitious or Fraudulent Claims

18 U.S.C. § 287

*Max. Penalty:   Five (5) years' imprisonment as to each count

Count #

*Max. Penalty:

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

Count #:

*Max. Penalty: